In the Matter of the Adoption of Deja J., an Infant. Constance G. et al., Respondents; Ryan W.J., Appellant. [885 NYS2d 701]—Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered February 1, 2008 in an adoption proceeding. The order determined that the consent of respondent to the adoption of his child is not required.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Scudder, P.J., Smith, Carni, Pine and Gorski, JJ.